IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

DANNY BRIDGEWATER, Individually and on
behalf of all Others Similarly Situated; and
COTY DAVID, Individually                                              PLAINTIFFS

vs.                                        No. 5:15-cv-975-RP

GES GLADIATOR ENERGY SERVICES TEXAS, LLC;
LA CHEMICAL, LLC; and STEVEN "CLOY" GANTT,
Individually and as an Officer of GES GLADIATOR
ENERGY SERVICES TEXAS LLC, and LA CHEMICAL, LLC              DEFENDANTS

### CONSENT TO JOIN COLLECTIVE ACTION

    I am/was employed as a salaried Supervisor for GES Gladiator Energy Services Texas, LLC, on or after November 8, 2012.  I understand this lawsuit is being brought under the Fair Labor Standards Act for unpaid overtime compensation. As a present or former employee of the above referenced Defendants I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

    I declare under penalty of perjury that the foregoing is true and correct.

_____          _____
SIGNATURE                                                              Mailing Address


_____          _____
PRINTED NAME                                                         City, State and Zip


_____          _____
Telephone                                                                  Email Address

Date: _____, 20___

Josh Sanford, Esq.
**SANFORD LAW FIRM, PLLC**
One Financial Center
650 South Shackleford Road, Suite 411
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040
josh@sanfordlawfirm.com

**IMPORTANT: RETURN FOR FILING BEFORE _____ ___, 2016**