## **POSTCARD**

| | |
|---|---|
| **DANNY BRIDGEWATER and** <br> **COTY DAVID, Et Al            PLAINTIFFS** <br> <br> vs.         No. 5:15-cv-975-RP <br> <br> **GES GLADIATOR ENERGY SERVICES TEXAS, LLC; LA CHEMICAL, LLC; and STEVEN "CLOY" GANTT, Individually and as an Officer of GES GLADIATOR ENERGY SERVICES TEXAS LLC, and LA CHEMICAL, LLC,            DEFENDANTS** <br> <br> **SECOND NOTICE OF RIGHT TO JOIN LAWSUIT** <br> <br> On _____ __, 2015, you were sent a **Notice of Right to Join Lawsuit** informing you of a lawsuit in which you may be a member as an Opt-In Plaintiff.  You are being sent this second notice because you have not yet joined the lawsuit.  If you did not receive the first Notice and would like a copy, please contact Plaintiffs' attorney listed below.  <u>If you already sent a Consent, it has not been received.</u> <br> <br> **Mr. Josh Sanford – SANFORD LAW FIRM, PLLC** <br> **ONE FINANCIAL CENTER** <br> **650 SOUTH SHACKLEFORD, SUITE 411** <br> **LITTLE ROCK, ARKANSAS 72211** <br> **Telephone:  (501) 221-0088 - Fax:  (888) 787-2040** <br> **Email:  josh@sanfordlawfirm.com** | Mr. Josh Sanford <br> SANFORD LAW FIRM, PLLC <br> One Financial Center <br> 650 South Shackleford Road, Suite 411 <br> Little Rock, Arkansas 72211 <br> <br> Stamp <br> <br> _____ <br> <br> _____ <br> <br> _____ <br> <br> _____ |