IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

**DANNY BRIDGEWATER, Individually and on
behalf of all Others Similarly Situated; and
COTY DAVID, Individually**                                    **PLAINTIFFS**

vs.                          No. 5:15-cv-975-RP

**GES GLADIATOR ENERGY SERVICES TEXAS, LLC;
LA CHEMICAL, LLC; and STEVEN "CLOY" GANTT,
Individually and as an Officer of GES GLADIATOR
ENERGY SERVICES TEXAS LLC, and LA CHEMICAL, LLC**      **DEFENDANTS**

## JOINT ADR REPORT

COMES now Plaintiff Danny Bridgewater, individually and on behalf of all others similarly situated, and Coty David, individually, by and through their attorney Josh Sanford of Sanford Law Firm, PLLC, and Defendant GES Gladiator Energy Services Texas, LLC; LA Chemical, LLC; and Steven "Cloy" Gantt, individually and as an officer of GES Gladiator Energy Services Texas, LLC, and LA Chemical, LLC, by and through their attorneys Roy Barrera III, Shawn C. Golden and David A. Harris of Golden & Barrera, P.C., and for their Joint ADR Report, they do hereby state and allege as follows:

1.   <u>Status of Settlement Negotiations</u>. Plaintiff will send a formal settlement demand on October 31, 2016, per the Court's scheduling order, ECF No. 40, and the parties will continue this process until a resolution is reached or until the parties reach an impasse.

2.      <u>Whether ADR is Appropriate in this Case</u>.  ADR would be appropriate for this case, when the parties are ready.

3.      <u>Method of ADR</u>.  The parties agree that private mediation would likely be the best method of ADR in this case.  The Parties' counsel need to confirm whether their clients would agree to mediation, and the Parties have not decided or agreed upon a provider or compensation for the provider or whether ADR would be productive in this case.  A private mediator with expertise in the Fair Labor Standards Act is desirable.  Both parties would consider consenting to the use of a Magistrate Judge for mediation.

Respectfully submitted,

**DANNY BRIDGEWATER, Individually and on behalf of all Others Similarly Situated, and COTY DAVID, Individually, PLAINTIFFS**

SANFORD LAW FIRM, PLLC
ONE FINANCIAL CENTER
650 SOUTH SHACKLEFORD, SUITE 411
LITTLE ROCK, ARKANSAS 72211
TELEPHONE: (501) 221-0088
FACSIMILE: (888) 787-2040

By:     */s/ Josh Sanford*_____
Josh Sanford
Tex. Bar No. 24077858
josh@sanfordlawfirm.com

And

**GES GLADIATOR ENERGY SERVICES TEXAS, LLC, LA CHEMICAL, LLC, and STEVEN "CLOY" GANTT, DEFENDANTS**

GOLDEN & BARRERA, P.C.
424 East Nueva
San Antonio, Texas 78205
Tel. 210-244-5858
Fax 210-802-4633

|  |  |
|---|---|
| By: | /s/ David A. Harris (by permission)<br>David A. Harris<br>Texas Bar No. 24074366<br>dharris@golden-barrera.com<br>Shawn C. Golden<br>Texas Bar No. 24038922<br>sgolden@golden-barrera.com<br>Roy Barrera III<br>Texas Bar No. 24028545<br>rbarrera@golden-barrera.com |

## CERTIFICATE OF SERVICE

I, Josh Sanford, do hereby certify that a true and correct copy of the foregoing pleading was electronically filed with the Clerk for the U.S. District Court, Western District of Texas, on October 3, 2016, using the electronic case filing system of the Court. The attorneys listed below are registered to receive an electronic copy hereof.

Roy Barrera III, Esq.
Shawn C. Golden, Esq.
David A. Harris, Esq.
GOLDEN & BARRERA, P.C.
424 East Nueva
San Antonio, Texas 78205
Tel. 210-244-5858
Fax 210-802-4633
rbarrera@golden-barrera.com
sgolden@golden-barrera.com
dharris@golden-barrera.com

                                                                                             /s/ Josh Sanford
                                                                                             **Josh Sanford**